UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

          Plaintiff,

v.

LUXURY MONTRES, LLC, a Florida limited
liability company,

          Defendant.
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Mitchell C. Stein, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 6] (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Mitchell C. Stein, may appear and participate in this action on behalf of BEDAT & CO GENEVE. The Clerk shall provide electronic notification of all electronic filings to Mitchell C. Stein at mstein@sandw.com.

DONE and ORDERED in Chambers at the United States Courthouse and the James Lawrence King Federal Justice Building, Miami, Florida, this 13th day of June, 2012.

                        */s/ James Lawrence King*
                        JAMES LAWRENCE KING
                        UNITED STATES DISTRICT JUDGE

Copies furnished to: counsel of record