# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:12-21984-CIV-KING/MCALILEY

Bedat & Co Geneve

    Plaintiff

v.

Luxury Montres, LLC     **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO PLEAD OR RESPOND TO THE COMPLAINT**

    Defendant

_____/

Comes now the Defendant, by and through its undersigned attorney, and respectfully requests an order from this Honorable Court allowing the Defendant, Luxury Montres, LLC, additional time to respond to the complaint in this matter and as grounds therefore would show unto this court as follows:

1. That the defendant's response to the complaint is due on Wednesday, June 20th 2012.
2. That the undersigned counsel has been preparing for a special set trial which will begin on June 25th 2012 in the Middle District of Florida and scheduled to last a week.
3. The requested extension of time is not interposed for delay.
4. The undersigned has personally communicated with Plaintiff's counsel who **AGREES** with this requested extension of time up to and including July 10th 2012 for the Defendant to respond to the Complaint in this matter.

## MEMORANDUM OF LAW

**Fed. R. Civ. P. 6(b**) states in pertinent part as follows:

"**Extending Time.**

(1) *In General*. When an act may or must be done within a specified time, **the court may, for good cause, extend the time: (A)** with or without motion or notice if the court acts, or if the request is made, **before the original time** or its extension expires,..."[*emphasis supplied*]

The Defendant believes it has demonstrated good cause and respectfully requests the Court enter an order enlarging the time up to and including July 10th 2012 for the defendant to file a response to the complaint in the instant matter.

**Wherefore** it is respectfully requested that this Honorable Court grant the defendant's requested extension of time up to and including July 10th 1012 to respond to the complaint in this matter.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing Defense Request for Extension of Time to Respond to Complaint has been electronically filed with the Clerk of Court using the CM/ECF system on this 18th day of June 2012 which will send notice of electronic filing to: Mr. Richard J. Ovelmen, Esquire of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803

Respectfully submitted,

*/s/ Samuel M. Spatzer*

**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:         (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com