UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21984-CIV-KING

BEDAT & CO. GENEVE,

    Plaintiff,

v.

LUXURY MONTRES, LLC,

    Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

**THIS CAUSE** is before the Court upon the Agreed Motion for Extension of Time for Defendant to Respond to Complaint (DE #10), filed June 18, 2012.

Upon careful consideration, it is

**ORDERED, ADJUDGED and DECREED** that Agreed Motion for Extension of Time for Defendant to Respond to Complaint **(DE #10)** be, and the same is, hereby **GRANTED**. Defendant **SHALL** file a responsive pleading by July 10, 2012.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 19th day of June, 2012.

                                                    JAMES LAWRENCE KING
                                                    UNITED STATES DISTRICT JUDGE

cc: All counsel of record