UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

          Plaintiff,

v.

LUXURY MONTRES, LLC,

          Defendant.
_____/

## RESPONSE TO COUNTER CLAIM

Plaintiff/Counter-Defendant Bedat & Co Geneve ("Bedat"), through its undersigned attorneys, responds as follows to the Defendant/Counter-Plaintiff Luxury Montres, LLC's ("LM") Counter Claim (the "Counter Claim"):

1. Bedat denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Counter Claim.

2. Bedat admits that it is a corporation organized under the laws of Switzerland, but otherwise denies the allegations contained in Paragraph 2 of the Counter Claim. As set forth in the Complaint in this action, Bedat's principal place of business is located at 45 Rue Agasse, CH-1211 Geneva, Switzerland. However, Bedat also maintains a sales and distribution office in Kuala Lumpur, Malaysia.

3. Bedat admits the allegations contained in Paragraph 3 of the Counter Claim.

## VII.
## GENERAL ALLEGATIONS

4. Bedat denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Counter Claim.

5. Bedat admits the allegations contained in Paragraph 5 of the Counter Claim.

6. Bedat denies the allegations contained in Paragraph 6 of the Counter Claim.

7. Bedat denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Counter Claim.

8. Bedat denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Counter Claim.

9. Bedat denies the allegations contained in Paragraph 9 of the Counter Claim.

10. Bedat denies the allegations contained in Paragraph 10 of the Counter Claim.

11. Bedat denies the allegations contained in Paragraph 11 of the Counter Claim.

12. Bedat denies the allegations contained in Paragraph 12 of the Counter Claim.

13. Bedat denies the allegations contained in Paragraph 13 of the Counter Claim.

14. Bedat denies the allegations contained in Paragraph 14 of the Counter Claim.

15. Bedat denies the allegations contained in Paragraph 15 of the Counter Claim.

16. Bedat denies the allegations contained in Paragraph 16 of the Counter Claim.

17. Bedat denies the allegations contained in Paragraph 17 of the Counter Claim.

18. Bedat denies the allegations contained in Paragraph 18 of the Counter Claim.

19. Bedat denies the allegations contained in Paragraph 19 of the Counter Claim.

20. Bedat denies the allegations contained in Paragraph 20 of the Counter Claim.

21. Bedat denies the allegations contained in Paragraph 21 of the Counter Claim.

22. Bedat denies the allegations contained in Paragraph 22 of the Counter Claim.

23. Bedat denies the allegations contained in Paragraph 23 of the Counter Claim.

24. Bedat denies the allegations contained in Paragraph 24 of the Counter Claim.

25. Bedat denies the allegations contained in Paragraph 25 of the Counter Claim.

26. Bedat denies the allegations contained in Paragraph 26 of the Counter Claim.

27. Bedat denies the allegations contained in Paragraph 27 of the Counter Claim.

## VIII.
## COUNT I MISREPRESENTATION

28. Bedat denies the allegations contained in Paragraph 28 of the Counter Claim.

29. Bedat denies the allegations contained in Paragraph 29 of the Counter Claim.

30. Bedat denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Counter Claim.

31. Bedat denies the allegations contained in Paragraph 31 of the Counter Claim.

32. Bedat denies the allegations contained in Paragraph 32 of the Counter Claim.

## GENERAL DENIALS

33. Except as otherwise expressly admitted in Paragraphs 1 through 32, above, Bedat denies each and every allegation contained in Paragraphs 1 through 32 of the Counter Claim, including, without limitation, the headings and subheadings contained therein.  Pursuant to Federal Rule of Civil Procedure 8(b)(6), allegations contained in the Counter Claim to which no responsive pleading is required shall be deemed denied.

34. With respect to all paragraphs in the Counter Claim in which LM prays for relief, Bedat denies that LM is so entitled.

## AFFIRMATIVE DEFENSES

Bedat asserts the following Affirmative Defenses.  In asserting these defenses, Bedat does not assume the burden of proof with respect to any issues as to which the applicable law places the burden of proof upon LM.

### FIRST DEFENSE

The Counter Claim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

All claims in the Counter Claim are barred by the conduct, actions, and inactions of LM, which amount to and constitute unclean hands and/or an estoppel of the cause of action and any relief sought thereby.

### THIRD DEFENSE

All clams in the Counter Claim are barred, in whole or in part, by the economic loss rule.

### FOURTH DEFENSE

LM is not entitled to any relief under the Counter Claim because of a failure to mitigate damages, if any.

### FIFTH DEFENSE

All claims in the Counter Claim are barred by the doctrine of *de minimis non curat lex* and associated case authority.

-5-

Dated: Miami, Florida  
August 3, 2012

JORDEN BURT LLP

By: /s/ _____  
Richard J. Ovelmen (Fla. Bar No. 28904)  
Jason P. Kairalla (Fla. Bar No. 594601)  
777 Brickell Avenue, Suite 500  
Miami, Florida 33131-2803  
Direct: (305) 347-6805  
Fax: (305) 372-9928  
Email: rjo@jordenusa.com  
jpk@jordenusa.com

Of counsel:

SULLIVAN & WORCESTER LLP  
Andrew T. Solomon (*pro hac vice*)  
Mitchell C. Stein (*pro hac vice*)  
1633 Broadway, 32nd Floor  
New York, New York 10019  
Telephone: (212) 660-3000  
Fax: (212) 660-3001  
Email: asolomon@sandw.com  
mstein@sandw.com

*Attorneys for Plaintiff Bedat & Co Geneve*

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing Response to Counter Claim has been electronically filed with the Clerk of Court using the CM/ECF system on this 3rd day of August, 2012, which will send notice of electronic filing to: Mr. Samuel M. Spatzer, Esq., counsel of record for Defendant/Counter-Plaintiff in this action.

Date: Miami, Florida
   August 3, 2012

/s/ Richard J. Ovelmen