UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

    Plaintiff,

v.

LUXURY MONTRES, LLC., a Florida limited
liability company,

    Defendant.
_____/

**RE- NOTICE OF TAKING VIDEO TAPED DEPOSITION OF PLAINTIFF**
*{date, time and place agreed to by counsel}*

**PLEASE TAKE NOTICE** that the Defendant/Counter Claimant, Luxury Montres, LLC., by and through it's undersigned attorney, and pursuant to **Federal Rules of Civil Procedure 30 (b)(6)** gives notice of the taking of the taking of the video taped deposition for discovery, trial and other lawful purposes, at the time and place indicated below of the person(s) named below at: **the Law Offices of Samuel M. Spatzer, 4601 Ponce de Leon Blvd., Coral Gables, Florida 33146:**

| Deponent | Date and Time |
|---|---|
| **BEDAT & CO GENEVE** *by and through the persons or persons with the most knowledge of the matters set forth in the attached* **Schedule "A"** | **Thursday, November 15th 2012 at 9:00AM**[1] |

before the before **Klein Bury/US LEGAL COURT REPORTERS** or any other officer or Notary

---

[1] The undersigned wishes to advise everyone that he is on a jury trial docket in Miami Dade Circuit Court during the time that this deposition is set and may be called to trial on short notice.

Page 1 of  5

Public authorized by law to take depositions, said examination to continue from day to day until completed. The deposition will be taken for the purpose of discovery, or for such other purposes as are permitted pursuant to all applicable and governing Federal and Florida Statutes.

### CERTIFICATE OF SERVICE

I CERTIFY that on this 16th day of October 2012 a true copy of the foregoing Notice of Taking Video Taped Deposition with the Attached Schedule "A" has been has been electronically filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to: **Mr. Richard J. Ovelmen, Esquire** of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* **Mr. Andrew T. Solomon, Esquire**, Sullivan & Worcester, LLP, 1290 Avenue of the Americas, 29th Floor, New York, New York 10104 *and a copy was also served by US MAIL and email on* **Mr. Richard J. Ovelmen, Esquire** of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* **Mr. Andrew T. Solomon, Esquire**, Sullivan & Worcester, LLP, 1290 Avenue of the Americas, 29th Floor, New York, New York 10104.

Respectfully submitted,

*Samuel M. Spatzer*

**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:        (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com

# ATTACHED SCHEDULE "A"
### to: Notice of Taking Video Deposition of Plaintiff

The Deponent/Plaintiff/Counter Defendant, **BEDAT & CO GENEVE,** pursuant to *Federal Rules of Civil Procedure 30 (b) (6)* **must designate** one or more officers, directors or managing agents or designated other persons who consent to testify on its behalf **who have the most knowledge of the following matters and areas of inquiry**:

1. The corporate Structure of the Plaintiff showing the management schematic of your company.

2. The business relationship between the Plaintiff and the Defendant.

3. The written contracts/distribution agreements by and between the Plaintiff and the Defendant and any written and unwritten modifications to the original written contracts/distribution agreements by and between the Plaintiff and the Defendant .

4. The written records retention policy of the Plaintiff.

5. The sales operations of the Plaintiff.

6. The production operations of the Plaintiff.

7. The repair operations of the Plaintiff.

8. All correspondence and writings by and between the Plaintiff and the Defendant.

9. Your written procedures for reimbursing representatives/distributors for their

       promotional and advertising efforts regarding your line of products.

10. Your unwritten procedures for reimbursing representatives/distributors for their promotional and advertising efforts regarding your line of products.

11. Your written credit procedures for distributors.

12. Your unwritten credit procedures for distributors.

13. Your production schedule and output for your product lines during the years 2010, 2011 and 2012.

14. Your written records and written accounting of all transactions with the Defendant.

15. Your written record of returns by the Defendant of non conforming and defective goods.

16. All of your written orders from Defendant.

17. All of your written records showing when the Defendant's orders were filled and shipped to the Defendant.

18. Any and all complaints from any distributors regarding untimely delivery of products during the years 2010, 2011 and 2012.

19. Any and all complaints from any distributors regarding non conforming and defective goods during the years 2010, 2011 and 2012.

20. Your records showing receipt of any non conforming goods from the Defendant and your records showing when you replaced those non conforming goods.

21. Your records showing receipt of any repair of your products from the Defendant and your records showing when you repaired those products and sent them to the Defendant.

22. Your written policy of delivery of product to distributors in general and if there was any difference or variation with respect to delivery of product to

       Defendant.

23. Your written policy regarding allocation of your product to different regions of your entire company's market.

24. Your records showing any and all returns from Defendant for any reason.

25. The names and addresses all the persons responsible for the day to day operations of each of your repair operations/facilities.

26. The names and addresses all the persons responsible for the day to day operations of each of your production operations/facilities.

27. The names and addresses all the persons responsible for the day to day operations of each of your administrative operations.

28. The names and addresses all the persons responsible for the day to day operations of each of your shipping and receiving operations.

29. The outsourcing of any of your production operations, administrative operations, repair operations, shipping operations, and your customer/distributor relations operations.