UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

 Plaintiff,
v.

LUXURY MONTRES, LLC., a Florida limited
liability company,

 Defendant.
_____/

**DEFENDANT'S *AGREED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST TO PRODUCE WITH INCORPORATED MEMO OF LAW**

 Comes now the Defendant, by and through their undersigned counsel, and pursuant to **Fed. R. Civ. P. 6(b)(1)(B)** respectfully requests an extension of time to file their responses to the Plaintiff's Request to Produce served on September 19th 2012 and as grounds and good cause therefore would show unto the Court as follows:

1. That the Plaintiff served a Request for Production to the Defendant on September 19th 2012 which makes the response due on Monday, October 22nd 2012.

2. Undersigned counsel has been incapacitated with low back pain during the last week which has necessitated medical intervention, physical therapy and bed rest.

3. Undersigned counsel has also been preparing for a special set civil rights case in the Middle District of Florida which will definitely start on October 29th 2012. {*Monica Bartley, et. al., vs. Florida Intracity Patrol, Inc., Case# 6:10-CV-1180-Orl-35DAB*}

4. The Defendant respectfully requests that this Honorable Court grant an extension of

time up to and including November 12th 2012 to respond to the Plaintiff's Request to Produce.

5. The undersigned has been in contact with counsel for the Plaintiff who *agrees* with the requested extension of time.

## MEMORANDUM OF LAW

**Fed. R. Civ. P. 6(b)(1)(B)** states in pertinent part as follows:

> "**Extending Time.**
> (1) *In General*. When an act may or must be done within a specified time, **the court may, for good cause, extend the time: . . . (B)** on motion made after the time has expired **if the party failed to act because of excusable neglect**."[*emphasis supplied*]

**Wherefore,** the Defendant believes they have demonstrated good cause for the requested extension of time to Respond to the Plaintiff's Request to Produce and respectfully requests an order from this Honorable Court granting the extension up and including Monday, November 12th 2012.

## Certification of Counsel *pursuant to Local Rule 7.1(a)(3)*

Undersigned counsel hereby certifies that he has been in contact with Plaintiff's counsel who has **agreed** to the relief sought in this motion.

*Samuel M. Spatzer*

---

**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:          (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com

**CERTIFICATE OF SERVICE**

 I CERTIFY that on this 22nd  day of October 2012 a true copy of the foregoing Motion has been has been electronically filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to: **Mr. Richard J. Ovelmen, Esquire** of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* **Mr.  Andrew T. Solomon, Esquire**, Sullivan & Worcester, LLP, 1290 Avenue of the Americas, 29th Floor, New York, New York 10104.

 Respectfully submitted,

*Samuel M. Spatzer*

**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:         (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com