UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

    Plaintiff,

v.

LUXURY MONTRES, LLC, a Florida limited
liability company,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST TO PRODUCE

THIS MATTER is before the Court upon Defendant's Agreed Motion for Extension of Time to Respond to Plaintiff's Request to Produce (D.E. #19) filed October 22, 2012, in the above-styled case. Upon careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant's Agreed Motion for Extension of Time to Respond to Plaintiff's Request to Produce **(D.E. #19)** be, and the same is hereby **GRANTED**. The Defendant shall have through and including **November 12, 2012** to respond to Plaintiff's Request to Produce.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of October, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiff:***
Andrew T. Solomon, Esq.
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104

Richard J. Ovelman, Esq.
Jordan Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131

***Counsel for Defendant:***
Samuel M. Spatzer, Esq.
Samuel M. Spatzer, P.A.
4601 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33146