UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

    Plaintiff,

v.

LUXURY MONTRES, LLC., a Florida limited
liability company,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF SERVING SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORY #1**

Comes now the Defendant, by and through their undersigned counsel, and files their Supplemental Response the Plaintiff's Interrogatories specifically Interrogatory #1.

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 14th day of January 2013 a true copy of this Notice with attached Supplemental Interrogatory answer #1 was emailed to: Mr. Richard J. Ovelmen, Esquire of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* Mr. Andrew T. Solomon, Esquire, Sullivan & Worcester LLP , ZAG/S&W LLP, 1633 Broadway, New York, NY 10019 and a copy of this Notice without the attached Supplemental answer was electronically filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to: Mr. Richard J. Ovelmen, Esquire of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* Mr. Andrew T. Solomon, Esquire, Sullivan & Worcester LLP , ZAG/S&W LLP, 1633 Broadway, New York, NY 10019

Respectfully submitted,

*Samuel M. Spatzer*
_____
**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:          (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com