UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

    Plaintiff,
v.

LUXURY MONTRES, LLC., a Florida limited
liability company,

    Defendant.
_____/

**DEFENDANT/COUNTER PLAINTIFF'S NOTICE OF SERVING INTERROGATORIES ON PLAINTIFF**

Comes now the Defendant/Counter-Plaintiff, by and through its undersigned counsel, and files this Notice of Service of the attached Interrogatories on the Plaintiff, BEDAT & CO GENEVE, pursuant to *Fed. R. Civ. P 33* and respectfully requests that the Plaintiff, BEDAT & CO GENEVE, provide answers within 30 days from the date of service as provided by the aforementioned Rule.

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 16th day of January 2013 a true copy of this Notice without the attached Interrogatories has been has been electronically filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to: **Mr. Richard J. Ovelmen, Esquire** of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* **Mr. Andrew T. Solomon, Esquire**, Sullivan & Worcester, LLP, ZAG/S&W LLP, 1633 Broadway, New York, NY 10019 *and a copy of the Notice with the attached Interrogatories was also served by facsimile and email on* **Mr. Richard J. Ovelmen, Esquire** of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* **Mr. Andrew T. Solomon, Esquire**, Sullivan & Worcester, LLP, ZAG/S&W LLP, 1633 Broadway, New York, NY 10019

Respectfully submitted,

*Samuel M. Spatzer*

**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:            (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com