UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

    Plaintiff,

v.

LUXURY MONTRES, LLC, a Florida limited
liability company,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION

Defendant's Motion (D.E. #26) indicates that Plaintiff has either overlooked or is unaware of the Court's Scheduling Order of July 11, 2012 (D.E. #14) establishing a cut-off of all discovery on January 30, 2013, and setting a Final Pretrial Conference for April 4, 2013. Granting Defendant's Motion would leave only eight (8) days for Plaintiff to take depositions of the expert who is yet to be hired and available for deposition. Simply put, the discovery couldn't get done in time to comply with the Court's Order cutting off discovery on January 30, 2013 and motion practice on February 4, 2013. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Motion for Extension of Time **(D.E. #26)** be, and the same is hereby **DENIED**.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 22nd day of January, 2013.

                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE

cc:    ***Counsel for Plaintiff:***
       Andrew T. Solomon, Esq.
       Mitchell C. Stein, Esq.
       Sullivan & Worcester LLP
       1290 Avenue of the Americas
       29th Floor
       New York, NY 10104

       Karen E. Abravanel, Esq.
       Sullivan & Worcester, LLP
       1633 Broadway
       32nd Floor
       New York, NY 10019

       Richard J. Ovelman, Esq.
       Jason P. Kairalla, Esq.
       Jordan Burt LLP
       777 Brickell Avenue
       Suite 500
       Miami, FL 33131

   ***Counsel for Defendant:***
       Samuel M. Spatzer, Esq.
       Samuel M. Spatzer, P.A.
       4601 Ponce de Leon Blvd.
       Suite 290
       Coral Gables, FL 33146