UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

 Plaintiff,
v.

LUXURY MONTRES, LLC., a Florida limited
liability company,

 Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING DISCOVERY DEPOSITIONS
TAKEN OF THE PARTIES TAKEN BY THE PARTIES**

 Comes now the Defendant, by and through their undersigned counsel, and pursuant to ***Local Rule 26 .1 (b)*** files the following depositions of the parties to be used by the court in ruling on the Plaintiff, BEDAT & CO GENEVE, *pending* Motion in Limine (*DE # 28*):

1. Low Chan Fai, *taken November 15th 2012*, two volumes, with Exhibits #1-6 , marked at the deposition.

2. Johnny Wizman, *taken January 10th 2013*, one volume

3. Steven Wizman, *taken January 10th 2013*, one volume

**CERTIFICATE OF SERVICE**

 I CERTIFY that on this 19th day of February 2013 a true copy of this Notice of Filing Depositions with attached Depositions was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to: **Mr. Richard J. Ovelmen, Esquire** of Jordan Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131-2803 *and to:* **Mr. Andrew T.**

**Solomon, Esquire**, and **Ms. Karen E. Abravenal, Esquire** of Sullivan & Worcester, LLP, 1633 Broadway, 32nd Floor, New York, New York, 10019

    Respectfully submitted,

*Samuel M. Spatzer*

**SAMUEL M. SPATZER, Esquire**
Florida Bar Number: 149259
SAMUEL M. SPATZER, P.A.
Attorney for Plaintiffs
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
Telephone: (305) 665-6099
Fax:          (305)665-8141
Email: sspatzer@spatzerlaw.com
Email: mmurphy@spatzerlaw.com
Email: mrivas@spatzerlaw.com