UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-cv-21984-JLK

BEDAT & CO GENEVE,

    Plaintiff / Counter-Defendant,

v.

LUXURY MONTRES, LLC,

    Defendant / Counter-Plaintiff.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCUSE CORPORATE REPRESENTATIVE FROM IN-PERSON ATTENDANCE AT MEDIATION

THIS CAUSE is before the Court on Plaintiff's Motion to Excuse Corporate Representative from In-Person Attendance at Mediation.[1] Plaintiff asks that corporate representative Eric Eoon be excused from in-person attendance at the mediation scheduled before Judge Norman S. Gerstein for March 18, 2013. Plaintiff argues the length (more than twenty four hours) and cost (more than $3000.00) of the flight from Mr. Eoon's residence in Kuala Lumpur, Malaysia to the mediation forum in Miami, Florida. Plaintiff represents to the Court that Plaintiff's counsel has full authority to negotiate a settlement on Plaintiff's behalf. Plaintiff also represents that Mr. Eoon will make himself available by telephone during the mediation.

Accordingly, after a careful review of the record and based on Plaintiff's representations as to counsel's authority to negotiate a settlement and Mr. Eoon's

---

[1] Filed March, 08 2013. (DE 33).

availability, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Excuse Corporate Representative from In-Person Attendance at Mediation, (**DE 33**), be, and the same is hereby, **GRANTED**. The parties shall attend the mediation as scheduled for March 18, 2013, wherein Plaintiff shall be excused from the Local Rule 16.2(e) requirement for in-person attendance of a corporate representative.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, in Miami, Florida this 14th day of March, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUHTERN DISTRICT of FLORIDA

Copies furnished to:

<u>Counsel for Plaintiff:</u>
**Andrew T. Solomon**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212-660-5069
Fax: 660-3001
Email: asolomon@sandw.com

**Karen E. Abravanel**
Sullivan & Worcester, LLP
1633 Broadway
32nd Floor
New York, NY 10019
212-660-3000
Email: kabravanel@sandw.com

**Mitchell C. Stein**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212 660-3000
Fax: 212-660-3001
Email: mstein@sandw.com

**Jason Patrick Kairalla**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928
Email: jpk@jordenusa.com

**Richard J. Ovelmen**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
305-347-6805
Fax: 372-9928
Email: rjo@jordenusa.com

<u>Counsel for Defendant:</u>
**Samuel Mark Spatzer**
Samuel M. Spatzer
4601 Ponce De Leon Boulevard
Suite 290
Coral Gables, FL 33146
Fax: 305-665-8141
Email: sspatzer@spatzerlaw.com