UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

        Plaintiff/Counter Defendant

v.

LUXURY MONTRES, LLC,

        Defendant/Counter Claimant.

_____/

### ORDER TO WITHDRAW DOCKET ENTRY #34 FROM THE RECORD

This cause having come on to be heard on the Luxury Montres, LLC's Agreed Notice to Withdraw Docket Entry #34 from the record in this matter and the Court having been advised by the parties that they agree to the relief sought, and having reviewed the Notice and being otherwise advised, it is **ORDERED** and **ADJUDGED** that Docket Entry #34 is hereby **stricken from the record** in this matter and the Clerk of Court is DIRECTED to remove from the record Docket Entry #34.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, in Miami, Florida this 26 day of March, 2013.

                                  _____
                                  JAMES LAWRENCE KING
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT of FLORIDA

**Copies furnished to:**

*Counsel for Plaintiff:*
Andrew T. Solomon
Sullivan & Worcester LLP
ZAG/S&W LLP
1633 Broadway
New York, NY 10019
212-660-5069
Fax: 660-3001
Email: asolomon@sandw.com

Karen E. Abravanel
Sullivan & Worcester LLP
ZAG/S&W LLP
1633 Broadway
New York, NY 10019
212-660-3000
Email: kabravanel@sandw.com

Mitchell C. Stein
Sullivan & Worcester LLP
ZAG/S&W LLP
1633 Broadway
New York, NY 10019
212 660-3000
Fax: 212-660-3001
Email: mstein@sandw.com

Jason Patrick Kairalla
Jorden Burt LLP
777 Brickell Avenue Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928
Email: jpk@jordenusa.com

Richard J. Ovelmen
Jorden Burt LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131-2803
305-347-6805
Fax: 372-9928
Email: rjo@jordenusa.com

*Counsel for Defendant:*
Samuel Mark Spatzer
Samuel M. Spatzer PA
4601 Ponce De Leon Boulevard, Suite 290
Coral Gables, FL 33146
305-665-6099
Fax: 305-665-8141
Email: sspatzer@spatzerlaw.com