UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

          Plaintiff,

v.

LUXURY MONTRES, LLC,

          Defendant.
_____/

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL STIPULATION

THIS MATTER is before the Court on plaintiff Bedat & Co Geneve's Agreed Motion for Extension of Time to File Pre-Trial Stipulation (the "Agreed Motion"), through which plaintiff seeks a one-business-day extension of the deadline to prepare and file the parties' Pretrial Stipulation. Having considered the Agreed Motion, pertinent portions of the record, and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Agreed Motion [DE 40] is GRANTED. The parties shall have until Monday, April 1, 2013 to file their Pretrial Stipulation.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28 day of March, 2013.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

Copies furnished to: All counsel of record