UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

BEDAT & COMPANY GENEVE      Case No. 12-21984-CIV-KING
(Counter-Defendant)

                                  Date     April 5, 2013

vs.

LUXURY MONTRES, LLC        JUDGE JAMES LAWRENCE KING
(Counter-Claimant)

DEPUTY CLERK: Joyce M. Williams    COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference __     Status Conference __
Pre-Trial Conference __X__     Motion Hearing ____

Counsel for Plaintiff: Andrew T. Solomon, Esq. Jason P. Kairalla, Esq.
Counsel for Defendant: Samuel M. Spatzer, Esq.

Motion:
Granted / Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/ NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/KEY WEST
TRIAL CONTINUED TO: _____
RULE 16 SCHEDULING CONFERENCE CONTINUED TO:
- Final Pretrial Conference held
- Oral argument held on Plaintiff's Motion in Limine (the testimony of Future Loss Profits) D.E. #28
- The Court finds that the motion be and the same is hereby - **Granted**
- Plaintiff's Motion for Sanctions (Strike the Whole Claim) - Denied
- The parties will proceed on the Claims previously filed
- Defendant's Motion to Allowing Live Video Conferencing testimony At the Trial (D.E. #42) held
- The Court finds that the motion be and the same is hereby -

Page 1 of 2

**Denied**

- Counsel is advised by the Court to be ready for trial
- Plaintiff's Counsel shall prepare a proposed order as to the rulings by the Court
- The parties shall file Proposed Jury Instructions and Proposed Voir Dire Questions Thursday, May 30, 2013