UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

        Plaintiff,

v.

LUXURY MONTRES, LLC,

        Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the following motions: (1) plaintiff Bedat & Co Geneve's Motion in Limine to Exclude Evidence Defendant's Untimely Disclosed and Evidence of Lost Profits [DE 28], filed February 4, 2013 (the "Motion in Limine"); and (2) defendant Luxury Montres, LLC's Motion to Allow Live Video Conferencing Testimony at Trial [DE 42], filed April 1, 2013, (the "Video Conference Motion"). The Court has considered both motions, along with defendant's February 21, 2013 Response [DE 30] to the Motion in Limine, plaintiff's March 4, 2013 Reply [DE 31], and other pertinent portions of the record, and has heard argument of counsel at the Final Pre-Trial Conference in this matter on April 5, 2013. Being duly advised in the premises, and for the reasons announced in open court at the Pre-Trial Conference, it is

ORDERED and ADJUDGED that plaintiff's Motion in Limine [DE 28] is GRANTED IN PART and DENIED IN PART. Defendant is prohibited from calling at trial the following late-disclosed individuals: Jarrett W. Kaplan and Marc Gidney. Additionally, defendant is prohibited from introducing or using for any purpose at trial of this action any of the materials

produced to plaintiff's in its belated January 30, 2013 "supplemental production" letter, including documents Bates labeled P1218-P1281, purported damages calculations, and other materials. Defendant's claim for purported future lost profits is STRICKEN, and defendant's remaining claims, including its claims for past lost profits, shall be limited to the timely disclosed evidence and witnesses. It is further

ORDER and ADJUDGED that defendant's Video Conference Motion [DE 40] is DENIED.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24 day of April, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to: All counsel of record

207759