UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING

## CIVIL TRIAL
## COURTROOM MINUTES

HONORABLE: <u>JAMES LAWRENCE KING</u>   Presiding   Date: <u>June 3, 2013</u>

BEDAT & CO. GENEVE   vs.   LUXURY MONTRES, LLC

**COUNSEL FOR PLAINTIFF**                      **COUNSEL FOR DEFENDANT**

Andrew T. Solomon, Esq.                        Samuel M. Spatzer, Esq.

Jason P. Kairalla, Esq.

Deputy Clerk: Joyce M. Williams     Reporter: Robin Dispenzieri

TRIAL   JURY  <u>X</u>   BENCH _____

VOIR DIRE BEGINS <u>X</u>   JURY SELECTION CONT'D TO: <u>X</u>  JURY IMPANELED <u>X</u>

BENCH TRIAL BEGINS ___ BENCH TRIAL HELD ___ BENCH TRIAL CONT'D TO:___

JURY TRIAL BEGINS <u>X</u>   JURY TRIAL HELD <u>X</u>   JURY TRIAL CONT'D TO:___

OPENING STATEMENTS <u>X</u>      PLAINTIFF'S CASE PRESENTED <u>X</u>

PLAINTIFF RESTS_____ DEFENDANT(S) CASE PRESENTED____ RESTS____

DISMISSED COUNTS:_____ON THE
_____ COURT MOTION _____ PLAINTIFF MOTION _____ DEFENDANT MOTION

CLOSING ARGUMENTS _____   JURY CHARGED _____ VERDICT_____

MISTRIAL DECLARED _____ NEW TRIAL ORDERED _____ TRIAL ENDS_____

Case No: 12-21984-CIV-KING

COURT JUDGMENT OF ACQUITTAL - COUNTS:_____

JUDGMENT/VERDICT OF **NOT** GUILTY - COUNTS: _____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY - COUNTS:_____

JURY VERDICT SET ASIDE _____

BOND PENDING APPEAL SET AT _____

_____

DEFENDANT REMANDED INTO CUSTODY_____

SENTENCING SET FOR: _____ NOTICE SERVED_____

- 1st Day Jury Trial held
- Jury Panel selected and sworn
- Opening statements held
- Defense case presented
- Video testimony held
- Court in recess until 6/4/2013 at 9:00 AM