UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>12-21984-CIV-KING</u>

**CIVIL TRIAL
COURTROOM MINUTES**

HONORABLE: <u>JAMES LAWRENCE KING</u>   Presiding   Date: <u>June 4, 2013</u>

BEDAT & CO. GENEVE   vs.   LUXURY MONTRES, LLC

*COUNSEL FOR PLAINTIFF*                    *COUNSEL FOR DEFENDANT*

<u>Andrew T. Solomon, Esq.</u>                    <u>Samuel M. Spatzer, Esq.</u>

<u>Jason P. Kairalla, Esq.</u>

Deputy Clerk: Joyce M. Williams    Reporter: Robin Dispenzieri

TRIAL  JURY <u>X</u>   BENCH _____

VOIR DIRE BEGINS ___ JURY SELECTION CONT'D TO:___ JURY IMPANELED ___

BENCH TRIAL BEGINS ___ BENCH TRIAL HELD ___ BENCH TRIAL CONT'D TO:___

JURY TRIAL BEGINS _____ JURY TRIAL HELD <u>X</u> JURY TRIAL CONT'D TO:___

OPENING STATEMENTS _____   PLAINTIFF'S CASE PRESENTED <u>X</u>

PLAINTIFF RESTS_____ DEFENDANT(S) CASE PRESENTED_____ RESTS_____

DISMISSED COUNTS:_____ON THE
_____ COURT MOTION _____ PLAINTIFF MOTION _____ DEFENDANT MOTION

CLOSING ARGUMENTS _____   JURY CHARGED _____   VERDICT_____

MISTRIAL DECLARED _____   NEW TRIAL ORDERED _____   TRIAL ENDS_____

Page 1 of 2

**Case No: 12-21984-CIV-KING**

COURT JUDGMENT OF ACQUITTAL - COUNTS:_____

JUDGMENT/VERDICT OF **NOT** GUILTY - COUNTS: _____

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY - COUNTS:_____

JURY VERDICT SET ASIDE _____

BOND PENDING APPEAL SET AT _____

_____

DEFENDANT REMANDED INTO CUSTODY_____

SENTENCING SET FOR: _____ NOTICE SERVED_____

- 2nd Day Jury Trial held
- Defense case continued
- Witnesses sworn and evidence entered
- Defense Motion for Mistrial held
- Defense Motion to Withdraw as Counsel of Record held
- The Court finds that the motion for Mistrial be and the same is hereby -**GRANTED**
- The Court finds that the Motion to Withdraw As Counsel of Record is hereby - **GRANTED**
- The Defense has 30 days to hire new counsel
- The Court finds that the issue of Sanctions be litigated via a written motion
- New Trial date set: **August 19, 2013 at 9:00 AM**
- the Jury Panel is hereby excused