⹀AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

BEDAT & CO. GENEVE

V.

LUXURY MONTRES, LLC

**EXHIBIT AND WITNESS LIST**

Case Number: 12-21984-CIV-KING

| PRESIDING JUDGE JAMES LAWRENCE KING | PLAINTIFF'S ATTORNEY Andew Solomon & Jason Kairalla | DEFENDANT'S ATTORNEY Samuel Spatzer |
|---|---|---|
| TRIAL DATE (S) June 3 - , 2012 | COURT REPORTER Robin Dispenzieri | COURTROOM DEPUTY Joyce M. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 6/3/2013 | | | Video testimony of Mr. Lo |
| | ✓ | 6/4/2013 | | | Johnny Wizman (Sworn) |
| | 1 | 6/4/2013 | ✓ | 6/4/2013 | Document |
| | 102 | 6/4/2013 | ✓ | 6/4/2013 | |
| | 3 | 6/4/2013 | ✓ | 6/4/2013 | Email dated 12/21/2011 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages