UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING

BEDAT & CO. GENEVE,
(Counter-Defendant)

    Plaintiff,

v.

LUXURY MONTRES, LLC., *a Florida limited liability company*, (Counter-Claimant)

    Defendant.
_____/

**ORDER SETTING
TRIAL: AUGUST 19, 2013**

IT IS ORDERED and ADJUDGED that the above-styled cause is hereby set for trial on the two-weeks trial calendar commencing **August 19, 2013, at 9:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

## CALENDAR CALL

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial have been ruled upon, the Court hereby schedules a **calendar call** for **August 15, 2013**, at **2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. All Defendants, whether in pre-trial custody or released on bond, must be present for this calendar call.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F. 2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free-for this case.

Any private agreement, suggested or proposed Rule 16 scheduling conference agreements between counsel, Rule 16 scheduling order or other court orders attempting to set dates or deadlines contrary to this Order are hereby stricken and declared void.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 4th day of June, 2013.

   _____
   JAMES LAWRENCE KING
   UNITED STATES DISTRICT JUDGE
   SOUTHERN DISTRICT OF FLORIDA

cc:

**Andrew T. Solomon**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212-660-5069
Fax: 660-3001
Email: asolomon@sandw.com

**Mitchell C. Stein**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212 660-3000
Fax: 212-660-3001
Email: mstein@sandw.com

**Jason Patrick Kairalla**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928
Email: jpk@jordenusa.com

**Richard J. Ovelmen**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
305-347-6805
Fax: 372-9928
Email: rjo@jordenusa.com
*Counsel for Plaintiff*

**Samuel Mark Spatzer**
Samuel M. Spatzer
4601 Ponce De Leon Boulevard
Suite 290
Coral Gables, FL 33146
305-665-6099
Fax: 305-665-8141
Email: sspatzer@spatzerlaw.com
*Counsel for Defendant*