UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

        Plaintiff,

v.

LUXURY MONTRES, LLC,

        Defendant.
_____/

## ORDER ON *ORE TENUS* MOTIONS

THIS MATTER is before the Court on the following motions brought orally at the second day of the jury trial of this action on the June 4, 2013: (1) the motion of defendant's counsel Samuel M. Spatzer for leave to withdraw as counsel of record for defendant Luxury Montres, LLC ("LM"); (2) defendant LM's motion for a mistrial based on Mr. Spatzer's withdrawal as counsel; (3) defendant LM's motion for the Honorable James L. King, United States District Judge, to recuse himself from consideration of this matter. The Court has considered all three motions, and other pertinent portions of the record, and has heard argument of counsel outside the presence of the jury on June 4, 2013. Being duly advised, in the premises, and for the reasons announced in open court at the trial of this action, it is

ORDERED and ADJUDGED as follows:

1. The Motion to Withdraw is GRANTED. Samuel M. Spatzer is discharged as counsel of record for defendant LM effective June 4, 2013. Defendant LM's replacement

counsel shall enter a notice of appearance on or before July 5, 2013. If new counsel fails to file a notice of appearance on behalf of LM on or before July 5, 2013, then LM shall be deemed in default in this action and judgment shall be entered against it. The case shall be stayed until the earlier of defendant's new counsel filing its notice of appearance, if and when made, and July 5, 2013. Mr. Spatzer is directed to immediately provide a copy of this Order to LM.

2. LM's Motion for Mistrial is GRANTED, subject to the conditions set forth herein. Trial in this matter is re-set to the two-week trial period beginning August 19, 2013. Calendar Call is set for August 15, 2013, at 2:00 p.m. The pleadings, pretrial matters, and substantive rulings during the first trial are frozen and new counsel for defendant takes the case as it was on the first day of the first trial of this action. Nothing in this Order shall be construed to limit or prejudice plaintiff's right to seek sanctions, dismissal, costs, attorney's fees, a default judgment, or other relief that is just and proper as a result of defendant's decision to discharge its counsel during the second day of the trial of this matter.

3. LM's Motion for Recusal is DENIED.

DONE and ORDERED IN Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami Florida, this 21 day of June, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

All counsel of record and Samuel Spatzer, Esq.