IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 12-21984-CIV KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, a Florida limited
liability company,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR LUXURY MONTRES, LLC

In accordance with the Court's Order dated June 21, 2013 (D.E. 61), the law firm of SCOTT JAY FEDER, P.A. hereby files its Notice of Appearance as counsel of record for Defendant LUXURY MONTRES, LLC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2013 a true copy of this document was filed electronically with the Clerk of Court using the CM/ECF system which will send notice to Richard J. Ovelman, Esquire of Jordan Burt and Andrew T. Solomon, Esquire of Sullivan and Worcester LLP, 1633 Broadway, 32nd Floor, New York, New York, 10019.

    Respectfully submitted,

    SCOTT JAY FEDER, P.A.
    **Attorneys for Defendant**
    4649 Ponce De Leon Blvd., Suite 402
    Coral Gables, Florida 33146
    Tel: (305) 669-0060 / Fax: (305) 669-4220

    By: _____
        SCOTT JAY FEDER, ESQ.
        Florida Bar No. 359300
        Scottj8@aol.com