## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

       Plaintiff,

v.

LUXURY MONTRES, LLC, a Florida limited
liability company,

       Defendant.

_____/

## **REFERRAL TO MAGISTRATE**

Upon consideration, the undersigned United States District Judge does hereby

refer Plaintiff/Counter-Defendant Bedat & CO Geneve's Motion for Sanctions Including

Dismissal of Counterclaim and Award of Attorneys' Fees Against Defendant/Counter-

Plaintiff Luxury Montres, LLC and Supporting Memorandum of Law **(D.E. #63)** filed

July 24, 2013, in the above-styled case to the Honorable Chris M. McAliley, United

States Magistrate Judge for the Southern District of Florida, for all such judicial

proceedings as are permissible under the Magistrates' Act and the Rules of Court for the

Southern District of Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 29th day of July, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Chris M. McAliley
All Counsel of Record