UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-21984-CIV-KING/MCALILEY**

BEDAT & CO GENEVE,

    Plaintiff/Counter-Defendant,

v.

LUXURY MONTRES, LLC,

    Defendant/Counter-Plaintiff.

_____/

**NOTICE OF FILING TRANSCRIPT EXCERPT IN
SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT
BEDAT & CO GENEVE'S MOTION FOR SANCTIONS**

Plaintiff Bedat & Co Geneve hereby files the attached trial transcript excerpt in Support of Plaintiff/Counter-Defendant Bedat & Co Geneve's Motion for Sanctions.

Dated: August 1, 2013

Respectfully submitted by:

/s/   *Jason Patrick Kairalla*

Richard J. Ovelmen (Fla. Bar No. 28904)
Jason P. Kairalla (Fla. Bar No. 594601)
JORDEN BURT LLP
777 Brickell Avenue, Suite 500
Miami, Florida 33131-2803
Direct: (305) 347-6805
Fax: (305) 372-9928
Email: rjo@jordenusa.com
       jpk@jordenusa.com

-and-

Andrew T. Solomon (*pro hac vice*)
Karen E. Abravanel (*pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Fax: (212) 660-3001
Email: asolomon@sandw.com
       kabravanel@sandw.com

*Attorneys for Plaintiff Bedat & Co Geneve*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system on August 1, 2013, which will send notice of electronic filing to: Scott Jay Feder, Esq., SCOTT JAY FEDER, P.A., 4649 Ponce De Leon Blvd. Suite 402, Coral Gables, FL 33146.

/s/   *Jason Patrick Kairalla*