IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE # 12-21984-CIV

BEDAT & CO GENEVE, a company organized
Under the laws of Switzerland
    Plaintiff,

v.

LUXURY MONTRES,LLC,a florida limited
Liability company,
    Defendant,
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the above-styled case has been scheduled for Mediation to be held as follows.

**Date/Time: August 15, 2013 @ 10:00 a.m.**

**Location:**   777 Brickell Avenue
                Suite 500
                Miami, FL 33131

**Mediator: Norman S. Gerstein Esq.**

### Certificate Of Service

I hearby certify that a true and correct copy of the foregoing has been furnished by email to: Scott Jay Feder Esq. scottj8@aol.com and Richard J. Ovelman Esq. rjo@jordenusa.com and Andrew T. Solomon Esq. asolomon@sandw.com

On this day __29__ day of __July____, 2013.

Respectfully Submitted,

                            Norman S. Gerstein P.A.
                            2665 South Bayshore Drive P1
                            Miami, Florida 33133
                    Telephone : 786-363-5615 Fax: 305-374-5033

                            By:_____s:/_____
                              Norman S. Gerstein Esq.
                              Florida Bar No: 162081