UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING

BEDAT & CO. GENEVE,
(Counter-Defendant)

Plaintiff,

v.

LUXURY MONTRES, LLC., *a Florida limited liability company*, (Counter-Claimant)

Defendant.
_____/

**ORDER CANCELING THE TRIAL DATE OF AUGUST 19, 2013**

IT IS ORDERED and ADJUDGED that the above-styled cause is hereby canceled for **trial** on the two-weeks trial calendar commencing **August 19, 2013, at 9:00 a.m.** (To be reset by separate order). The above styled matter is set for Mediation on the same date of the Calendar Call Hearing (August 16, 2013), and therefore the parties are excused from appearing at the Calendar Call Hearing. Additionally, the parties are directed to notify the Court of the results of the Mediation.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 7th day of August, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Andrew T. Solomon**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212-660-5069
Fax: 660-3001
Email: asolomon@sandw.com

**Mitchell C. Stein**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212 660-3000
Fax: 212-660-3001
Email: mstein@sandw.com

**Jason Patrick Kairalla**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928
Email: jpk@jordenusa.com

**Richard J. Ovelmen**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
305-347-6805
Fax: 372-9928
Email: rjo@jordenusa.com
***Counsel for Plaintiff***

**Samuel Mark Spatzer**
Samuel M. Spatzer
4601 Ponce De Leon Boulevard
Suite 290
Coral Gables, FL 33146
305-665-6099
Fax: 305-665-8141
Email: sspatzer@spatzerlaw.com
*Counsel for Defendant*