IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE # 12-21984-CIV

BEDAT & CO GENEVE, a company organized
Under the laws of Switzerland
    Plaintiff,

v.

LUXURY MONTRES,LLC,a florida limited
Liability company,
    Defendant,
_____/

## NOTICE OF CANCELLATION OF MEDIATION SESSION

PLEASE TAKE NOTICE that the August 15, 2013 mediation session in the above-styled case has been CANCELLED.

## CERTIFICATE OF SERVICE

I hearby certify that a true and correct copy of the foregoing has been furnished by email to: Scott Jay Feder Esq. scottj8@aol.com; Richard J. Ovelman Esq. rjo@jordenusa.com; Andrew T. Solomon Esq. asolomon@sandw.com; and Norman S. Gerstin, Esq. nsgmia@aol.com.

Dated:  August 7, 2013        Respectfully submitted by:

    /s/    Jason Patrick Kairalla
    Richard J. Ovelmen (Fla. Bar No. 28904)
    Jason P. Kairalla (Fla. Bar No. 594601)
    JORDEN BURT LLP
    777 Brickell Avenue, Suite 500
    Miami, Florida 33131-2803
    Direct: (305) 347-6805
    Fax: (305) 372-9928
    Email: rjo@jordenusa.com
        jpk@jordenusa.com

    Andrew T. Solomon (*pro hac vice*)
    Karen E. Abravanel (*pro hac vice*)
    SULLIVAN & WORCESTER LLP
    1633 Broadway, 32nd Floor
    New York, New York 10019
    Telephone: (212) 660-3000
    Fax: (212) 660-3001
    Email:  asolomon@sandw.com
        kabravanel@sandw.com

*Attorneys for Plaintiff Bedat & Co Geneve*