UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

        Plaintiff,

v.

LUXURY MONTRES, LLC,

        Defendant.
_____/

**UNOPPOSED MOTION FOR RECONSIDERATION OF
ORDER CANCELLING TRIAL DATE AND ALTERNATIVE
MOTION FOR TELEPHONIC CONFERENCE TO RE-SET TRIAL**

Plaintiff Bedat & Co Geneve ("Bedat") respectfully moves the Court, **unopposed**: (1) for reconsideration of its *sua sponte* Order cancelling the trial date of August 19, 2013; and (2) alternatively, for a telephonic conference to discuss immediately calendaring this matter for the next available trial period. In support of this Motion, Bedat states as follows:

1. When this Court, over Bedat's objection, granted the oral motion of defendant Luxury Montres LLC ("LM") for mistrial and continuance, it provided assurances to the parties that the case would be back for trial as soon as practicable. *See* Trial Tr. p. 143 [DE 66-1, at 11] ("If it is jury, I would endeavor to make it within 45 days. No more than forty-five days hence."); *id.*, p. 156 [DE 66-1, at 24] ("[W]e will then start with a new jury in forty-five days."); *see also id.*, p. 159 [66-1, at 27] (indicating a jury trial within 45 to 60 days).

2. Ultimately, the Court consulted its calendar and set the case for the August 19, 2013 trial period, which begins 76 days from June 4. *See* June 4, 2013 Order. It is important to Bedat, if feasible, that the trial proceeds within the agreed-upon trial period. The parties did not

request, and do not require, a continuance of trial. Considerable time and expense has been expended, and schedules cleared, to allow for a trial during August 19 trial period.

3. In its August 7, 2013 Order, the Court suggest that the reason for the cancellation relates to the mediation scheduled the morning of calendar call. This is unnecessary. A mediation session was already held in this case on March 18, 2013; and, due to circumstances unrelated to the Court's Order, the parties decided earlier this week to cancel the August 15 mediation session.

4. If the Court denies the unopposed request to place this matter back on the August 19 trial calendar, Bedat alternatively request a brief telephonic hearing to discuss immediately calendaring this case for the Court's next practicable trial period.

Dated: August 7, 2013

Respectfully submitted by:

/s/     Jason Patrick Kairalla
Richard J. Ovelmen (Fla. Bar No. 28904)
Jason P. Kairalla (Fla. Bar No. 594601)
JORDEN BURT LLP
777 Brickell Avenue, Suite 500
Miami, Florida 33131-2803
Direct: (305) 347-6805
Fax: (305) 372-9928
Email: rjo@jordenusa.com
       jpk@jordenusa.com

-and-

Andrew T. Solomon (*pro hac vice*)
Karen E. Abravanel (*pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Fax: (212) 660-3001
Email: asolomon@sandw.com
       kabravanel@sandw.com

*Attorneys for Plaintiff Bedat & Co Geneve*

## CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel for Bedat conferred with counsel for defendant LM who indicated that LM does not oppose to the relief requested in the motion.

/s/ Jason Patrick Kairalla

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system on August 7, 2013, which will send notice of electronic filing to: Mr. Scott Jay Feder, Esq. counsel of record for defendant LM in this action.

/s/ Jason Patrick Kairalla