UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING

BEDAT & CO GENEVE,

    Plaintiff,

v.

LUXURY MONTRES, LLC,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**THIS CAUSE** comes before the Court upon Plaintiff's unopposed Motion for Reconsideration of Order Cancelling Trial Date and Alternative Motion for Telephonic Conference to Re-Set Trial (DE #70) filed August 7, 2013. Therein, Plaintiff requests that the Court reconsider its August 7, 2013 Order Canceling the Trial Date of August 19, 2013 (DE #68), or, in the alternative, a brief telephonic hearing to discuss "immediately calendaring this case for the Court's next practicable trial period." (DE #70).

Plaintiff filed its Complaint in this case on May 29, 2012, and Defendant filed an Answer on July 10, 2012. Immediately thereafter, the Court set the case for trial in a Scheduling Order dated July 11, 2012 (DE #14). The Court held a pretrial conference on April 5, 2013 as scheduled, and the jury trial commenced on June 3, 2013. The second day of trial, June 4, 2013, ended in a mistrial after Defendant Luxury Montres, LLC decided to seek alternative representation mid-way through the trial proceedings. Plaintiff's counsel subsequently declared his intent to move for sanctions.

The Court indicated orally that it intended to re-set the case for new trial without delay, while providing adequate time for Defendant to secure new representation. That same day, the Court re-set the trial for the August 19, 2013 calendar. (DE #59). After waiting nearly two months, Plaintiff's Counsel filed a Motion for Sanctions (DE #63, filed July 24, 2013) alleging that such "sanctions are warranted because [Defendant] deliberately caused a mistrial in this action by discharging its counsel at the end of the second day of trial." (DE #63). The Magistrate Judge has not yet had the opportunity to hold an evidentiary hearing on the Motion for Sanctions, and besides, parties had indicated on the record that they intended to go to mediation on August 15, 2013 (DE #67, filed August 1, 2013). The Court further notes that at the end of June, 2013, the undersigned judge had an unexpected medical operation which has since changed the Court's schedule.

Under the aforementioned circumstances, it is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Reconsideration **(DE #70)** be, and the same is hereby, **DENIED**.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of August, 2013.

                                               JAMES LAWRENCE KING
                                               UNITED STATES DISTRICT JUDGE
                                               SOUTHERN DISTRICT OF FLORIDA

cc:

All Counsel of Record