IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 12-21984-CIV KING/MCALILEY

BEDAT & CO GENEVE, a company organized
under the laws of Switzerland,

     Plaintiff,

vs.

LUXURY MONTRES, LLC, a Florida limited
liability company,

     Defendant.

_____/

## DEFENDANT LUXURY MONTRES' REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SANCTIONS INCLUIDNG DISMISSAL WITH PREJUDICE

     Defendant, LUXURY MONTRES LLC, by and through undersigned counsel, and pursuant S.D.Fla.L.R.7.1(B)(1), hereby request that the Court permit oral argument on the Plaintiff's Motion for Sanctions including Dismissal with Prejudice [DE 63], stating as follows:

     1.     Undersigned believes that oral argument will materially assist the Court in discerning any material facts and legal issues the Court may believe are at issue with regard to the Plaintiff's Motion for Sanctions including Dismissal with Prejudice [DE63]..

     2.     Undersigned believes that oral argument on these issues should not take longer than one hour.

     WHEREFORE, Plaintiff respectfully requests that this Honorable Court set oral argument in this matter and allow the parties to be heard.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 12TH day of August, 2013 a true copy of this document was filed electronically with the Clerk of Court using the CM/ECF system which will send

notice to Richard J. Ovelman, Esquire of Jordan Burt and Andrew T. Solomon, Esquire of Sullivan and Worcester LLP, 1633 Broadway, 32nd Floor, New York, New York, 10019.

Respectfully submitted,

SCOTT JAY FEDER, P.A.
**Attorneys for Defendant**
4649 Ponce De Leon Blvd., Suite 402
Coral Gables, Florida  33146
Tel: (305) 669-0060 / Fax: (305) 669-4220

By: _____/S/_____
　　　SCOTT JAY FEDER, ESQ.
　　　Florida Bar No.  359300
　　　Scottj8@aol.com