UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING-MCALILEY

BEDAT & CO GENEVE,
a company organized under the laws
of Switzerland,
    (Counter Defendant)

    Plaintiff,

vs.

LUXURY MONTRES, LLC a Florida
limited liability company,
    (Counter Claimant)

    Defendant.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause is assigned, hereby recuses himself[1] and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of August, 2013.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge __K. Michael Moore__.

Copies of this order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number: __12cv21984/Moore/McAliley__.

BY ORDER of the Court this 12th day of August, 2013.

STEVEN M. LARIMORE, Clerk of Court

By: _____
Deputy Clerk

cc:
Vanessa Powell-Bacourt, Case Assignment Clerk

**Andrew T. Solomon**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212-660-5069
Fax: 660-3001
Email: asolomon@sandw.com

**Karen E. Abravanel**
Sullivan & Worcester, LLP
1633 Broadway
32nd Floor
New York, NY 10019
212-660-3000
Email: kabravanel@sandw.com

**Mitchell C. Stein**
Sullivan & Worcester LLP
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212 660-3000
Fax: 212-660-3001
Email: mstein@sandw.com

**Jason Patrick Kairalla**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928
Email: jpk@jordenusa.com

**Richard J. Ovelmen**
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
305-347-6805
Fax: 372-9928
Email: rjo@jordenusa.com
*Counsel for Plaintiff:*


**Scott Jay Feder**
4649 Ponce De Leon Boulevard
Coral Gables, FL 33146
305-669-0060
Fax: 669-4220
Email: taylor.lemus@gmail.co

*Counsel for Defendant:*