UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-MOORE/MCALILEY

BEDAT & CO GENEVE,

    Plaintiff/Counter-Defendant,

v.

LUXURY MONTRES, LLC,

    Defendant/Counter-Plaintiff.

_____/

## CERTIFICATION OF TRANSFER

This matter comes before the undersigned Magistrate Judge pursuant to the recusal by the Honorable James Lawrence King. [DE 74]. The case has been reassigned to United States District Court Judge K. Michael Moore. The undersigned certifies that this case presently has no fully-briefed referred motions, and should therefore be transferred to Judge Moore's paired Magistrate Judge. Accordingly, the Clerk of the Court shall transfer the Magistrate Judge designation for this case to United States Magistrate Judge Edwin G. Torres.

DONE and ORDERED in chambers in Miami, Florida this 21st day of October, 2013.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable K. Michael Moore
The Honorable Edwin G. Torres
Counsel of record.