UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

**MINUTES - JURY TRIAL**
**DATE:  November 20 2013**
**TIME: 7 Hours, 15 Minutes**

| | |
|---|---|
| Counsel for Plaintiff: | Andrew Soloman, Jason P. Kairalla, Ann Marie Christian |
| Counsel for Defendant: | Scott Feder |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Gilda Pastor-Hernandez |

**PROCEEDINGS**

Voir Dire begins; Jury of 8 impaneled and sworn
Preliminary Instructions to the Jury
Opening Statements
Testimony:
    1.    Deposition testimony of Low Chan Fai, a/k/a Frank Low
    2.    Steven Wizman

Court Adjourns.  Trial will continue November 21, 2013 at 9:00 a.m.