UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

**MINUTES - JURY TRIAL**
**DATE:  November 21, 2013**
**TIME: 5 Hours**

| | |
|---|---|
| Counsel for Plaintiff: | Andrew Soloman, Jason P. Kairalla, Ann Marie Christian |
| Counsel for Defendant: | Scott Feder |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Bonnie Lewis |

**PROCEEDINGS**

Testimony:
    1.    Steven Wizman (continued from 11/20/2013)
    2.    John Wizman

Court Adjourns.  Trial will continue November 22, 2013 at 8:45 a.m.