UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

**MINUTES - JURY TRIAL**
**DATE: November 22, 2013**
**TIME: 2 Hours 30 Minutes**

| | |
|---|---|
| Counsel for Plaintiff: | Andrew Soloman, Jason P. Kairalla, Ann Marie Christian |
| Counsel for Defendant: | Scott Feder |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Dawn Whitmarsh |

**PROCEEDINGS**

Closing Arguments
Jury Charge
Deliberations begin 10:00 AM
Verdict Returned 11:15 AM
Verdict for Defendant, Luxury Montres, LLC
Court to enter Judgment
Court Adjourns.