UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

## NOTE FROM JURY

We need copies of 3 payments from Bedat to LM for marketing.

Annual income statement?

                  Jury Foreperson

Date: 1040
Time: 11/22/13

COURT'S EXHIBIT NO. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

**RESPONSE FROM COURT**

Dear Jurors, In response to your questions,

1) Exhibit 200 of Bedat's statement of account contains this information: (also in LM's Exhibit 11c)

    10/5/10   $68,790.94
    2/2/11    $111,082.53
    2/28/12  $44,414.57

2) The annual income statement is contained in LM's Exhibit 45.

                        /s/ M. Moore
                        K. MICHAEL MOORE
                        UNITED STATES DISTRICT JUDGE

Date: 11/22/13

Time: 10:51

COURT'S EXHIBIT NO. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

**NOTE FROM JURY**

We have reached a verdict.

_____
Jury Foreperson

Date: 11/20/13
Time: 1108

COURT'S EXHIBIT NO. 3