UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-21984-KMM

BEDAT & CO GENEVE, a company
organized under the laws of Switzerland,

    Plaintiff,

vs.

LUXURY MONTRES, LLC,
a Florida limited liability company,

    Defendant.
_____/

## SPECIAL VERDICT FORM

We the Jury unanimously find as follows:

1. Do you find from a preponderance of the evidence that the Plaintiff failed to credit the Defendant for warranty repairs and marketing expenses?

       Yes __✓__  No _____

2. Do you find from a preponderance of the evidence that the Plaintiff breached the contract causing damage to the Defendant?

       Yes __✓__  No _____

1

3. If you answered Yes to Question One, what amount of money do you find from a preponderance of the evidence to be due to the Defendant for such credits for warranty repairs and marketing expenses?

$ 169,836.89

4. If you answered Yes to Question Two, what amount of money do you find from a preponderance of the evidence to be due to the Defendant on account of the damages, measured by the reasonable value of the lost profits?

$ 846,210.29


**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 22 day of November, 2013.

_____        _____
Foreperson's Signature                                Foreperson's Printed Name