UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-21984-MOORE

BEDAT & CO., GENEVE, *a company*
*Organized Under the laws of Switzerland*,

    Plaintiff,

vs.

LUXURY MONTRES, LLC, *a Florida*
*Limited Liability Company*,

    Defendant.
_____/

### STIPULATION FOR WITHDRAWAL OF TRIAL EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: November 22, 2013

                                                  Andrew Soloman

                                                  Scott Feder

Stipulation herein approved
this 22nd day of November, 2013

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE