UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-21984-KMM

BEDAT & CO GENEVE, a company
organized under the laws of Switzerland,

    Plaintiff,

vs.

LUXURY MONTRES, LLC,
a Florida limited liability company,

    Defendant.

_____/

## FINAL JUDGMENT

Pursuant to the Verdict rendered by a Jury on November 22, 2013 (ECF No. 93), it is hereby

ORDERED AND ADJUDGED that final judgment is entered on behalf of Defendant Luxury Montres, LLC, and against Plaintiff Bedat & Co Geneve.

The Jury has awarded Defendant an award of $1,016,047.18. See Jury Verdict, at 2. The award consists of $169,836.89 awarded for credits for warranty repairs and marketing expenses and $846,210.29 awarded for damages as measured by the reasonable value of the lost profits. Id. The Parties have separately stipulated in this matter that Plaintiff is entitled to an award of $477,393.00 from Defendant, and that this amount is to be deducted from any award for Defendant. See Jury Instructions (ECF No. 91), at 6. It is therefore

ORDERED AND ADJUDGED that Defendant Luxury Montres, LLC, SHALL recover from Plaintiff Bedat & Co Geneve the sum of $538,654.18, representing the final judgment in this matter. Said sum shall bear post-judgment interest at the rate provided by 28 U.S.C. § 1961.

LET EXECUTION ISSUE.  The Clerk of Court is instructed to CLOSE this Case.  All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of November, 2013.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record