UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

           Plaintiff/Counter-Defendant,

v.

LUXURY MONTRES, LLC,

           Defendant/Counter-Plaintiff.

_____/

## NOTICE OF CHANGE IN FIRM NAME AND CONTACT INFORMATION

**TO:**    **The Clerk of the Court**
        **United States District Court**
        **Southern District of Florida**

        **All parties in the above-captioned case**

The undersigned hereby gives notice that effective January 1, 2014, the law firm Jorden Burt, LLP merged with Carlton Fields, P.A.  The new firm name is Carlton Fields Jorden Burt, P.A., and the new contact information for co-counsel for Bedat & Co Geneve in this case is as follows:

E-mail:        Richard J. Ovelmen:  rovelmen@cfjblaw.com

               Jason Patrick Kairalla: jkairalla@cfjblaw.com

Address:     100 S.E. 2nd Street
              Miami Tower, Suite 4200
              Miami, Florida  33131-2113
              Telephone:  (305) 530-0050
              Facsimile:   (305) 530-0055

Dated:   January 7, 2014								Respectfully submitted by:

   /s/  *Jason Patrick Kairalla*
     Richard J. Ovelmen (Fla. Bar. No. 284904)
     Jason Patrick Kairalla (Fla. Bar No. 594601)
     Carlton Fields Jorden Burt, P.A.
     100 S.E. 2nd Street
     Miami Tower, Suite 4200
     Miami, Florida  33131-2113
     Telephone:  (305) 530-0050
     Facsimile:   (305) 530-0055
     Email:  rovelmen@cfjblaw.com
           jkairalla@cfjblaw.com

*Co-Counsel for Bedat & Co Geneve*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system on January 7, 2014, which will send notice of electronic filing to:

Scott Jay Feder, Esq.
SCOTT JAY FEDER, P.A.
4649 Ponce De Leon Blvd., Ste. 402
Coral Gables, Florida  33146

*Counsel for Luxury Montres, LLC*

Andrew T. Solomon (*pro hac vice*)
Karen E. Abravanel (*pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019

*Counsel for Bedat & Co Geneve*

                                                              /s/ *Jason Patrick Kairalla*

212029