UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21984-CIV-KING/MCALILEY

BEDAT & CO GENEVE,

        Plaintiff/Counter-Defendant,

v.

LUXURY MONTRES, LLC,

        Defendant/Counter-Plaintiff.

_____/

## NOTICE OF CHANGE IN FIRM NAME AND CONTACT INFORMATION

**TO:**    **The Clerk of the Court**
          **United States District Court**
          **Southern District of Florida**

          **All parties in the above-captioned case**

The undersigned hereby gives notice that effective January 1, 2014, the law firm Jorden Burt, LLP merged with Carlton Fields, P.A. The new firm name is Carlton Fields Jorden Burt, P.A., and the new contact information for co-counsel for Bedat & Co Geneve in this case is as follows:

E-mail:        Richard J. Ovelmen:  rovelmen@cfjblaw.com

                Jason Patrick Kairalla: jkairalla@cfjblaw.com

Address:     100 S.E. 2nd Street
                Miami Tower, Suite 4200
                Miami, Florida  33131-2113
                Telephone:  (305) 530-0050
                Facsimile:   (305) 530-0055

Dated:   January 7, 2014                            Respectfully submitted by:

   /s/  *Richard J. Ovelmen*
Richard J. Ovelmen (Fla. Bar. No. 284904)
Jason Patrick Kairalla (Fla. Bar No. 594601)
Carlton Fields Jorden Burt, P.A.
100 S.E. 2nd Street
Miami Tower, Suite 4200
Miami, Florida  33131-2113
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055
Email:  rovelmen@cfjblaw.com
       jkairalla@cfjblaw.com

*Co-Counsel for Bedat & Co Geneve*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system on January 7, 2014, which will send notice of electronic filing to:

Scott Jay Feder, Esq.
SCOTT JAY FEDER, P.A.
4649 Ponce De Leon Blvd., Ste. 402
Coral Gables, Florida  33146

*Counsel for Luxury Montres, LLC*

Andrew T. Solomon (*pro hac vice*)
Karen E. Abravanel (*pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019

*Counsel for Bedat & Co Geneve*

   /s/ *Richard J. Ovelmen*

212038